UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61068-CIV-UNGARO

DANIEL TURNER,
    Plaintiff,

vs.

HOLLYWOOD RESTAURANT GROUP, LLC,
    Defendant.
_____/

### ORDER DIRECTING CLERK TO ENTER DEFAULT

THIS CAUSE came before the Court upon Plaintiff's Motion for Clerk's Entry of Default, filed August 14, 2008.  (D.E. 5.)

THE COURT has considered the record and is otherwise fully advised in the premises.  Defendant Hollywood Restaurant Group LLC is in default for failure to appear, answer, or otherwise plead to the complaint within the time required by law.   Accordingly, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court is directed to enter default in favor of Plaintiff, Daniel Turner, and against Defendant, Hollywood Restaurant Group LLC .   It is further

ORDERED AND ADJUDGED that counsel for Plaintiff SHALL file a Motion for Default Final Judgment, duly supported by affidavits and other documentation and a proposed Final Order, within ten (10) days of the Clerk of Court's entry of default.   Failure to timely comply with this Order shall result in dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of August, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

counsel of record