UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61068-CIV-UNGARO

DANIEL TURNER,
    Plaintiff,

vs.

HOLLYWOOD RESTAURANT GROUP, LLC,
    Defendant.
_____/

**DEFAULT FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Final Judgment, filed August 15, 2008.  (D.E. 7.)

THIS COURT has considered said Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.  The Court notes that the Clerk of the Court entered default against the above Defendant Hollywood Restaurant Group, LLC on August 15, 2008.  Accordingly, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED.  It is further

ORDERED AND ADJUDGED that the Default entered by the Clerk of the Court against the above-named Defendant in this matter is APPROVED AND RATIFIED.  It is further

ORDERED AND ADJUDGED that  FINAL JUDGMENT is entered in favor of Plaintiff Daniel Turner and against Defendant Hollywood Restaurant Group, LLC upon the Complaint herein in the amount of $1,000.00 for which execution shall issue.  Interest shall continue to accrue at the standard post judgment rate.  This Court retains jurisdiction over attorney's fees and costs issues associated with the above-styled cause, for which Plaintiff may apply by separate motion.  The Court declines to retain jurisdiction to certify the class as a class action in the

future.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of August, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record